UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEIN ADLER DABAH & ZELKOWITZ LLP
936 Broadway, 5th Floor
New York, New York 10010
Tel. (212) 867-5620
Jacob E. Lewin, Esq.
jlewin@steinadlerlaw.com

*Attorneys for Creditors KS Group LLC, Yehuda Kotkes,
Yehuda Kotkes LLC, Daniel Spiegel, Daniel Spiegel LLC,
Shlomo Korlansky, and SLR Sussex LLC*

In Re:

50 SUSSEX REDEVELOPMENT URBAN RENEWAL, LLC,

                                   Debtor.

Case No.: 26-17635 (MBK)

Chapter 11

Honorable Michael B. Kaplan

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jacob E. Lewin, Esq. enters his appearance on behalf of

Creditors KS Group LLC, Yehuda Kotkes, Yehuda Kotkes LLC, Daniel Spiegel, Daniel Spiegel

LLC, Shlomo Korlansky, and SLR Sussex LLC (collectively, "Creditors").  Pursuant to Rules 2002

and 9010(b) of the Federal Rules of Bankruptcy Procedure, request is made that copies of all

pleadings and other papers (however designated) filed in this proceeding, as well as notices given

in this proceeding or in any adversary or related proceedings, including in accordance with any

order(s) authorizing limited or special service, be served upon:

STEIN ADLER DABAH & ZELKOWITZ LLP
936 Broadway, 5th Floor
New York, New York 10010
Tel. (212) 867-5620
Jacob E. Lewin, Esq.
jlewin@steinadlerlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, all orders and notices, including applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports and plans, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, at law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in the undersigned counsel being deemed to be the agent of Creditors for such purpose.

Dated: July 20, 2026

STEIN ADLER DABAH & ZELKOWITZ LLP
*Attorneys for Creditors KS Group LLC, Yehuda Kotkes, Yehuda Kotkes LLC, Daniel Spiegel, Daniel Spiegel LLC, Shlomo Korlansky, and SLR Sussex LLC*

By:     /s/ Jacob E. Lewin
            Jacob E. Lewin, Esq.

2