**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Andreas D. Milliaressis
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
dbass@coleschotz.com
amilliaressis@coleschotz.com

*Counsel to BPT 50S Funding LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>50 SUSSEX REDEVELOPMENT URBAN RENEWAL LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17635 (MBK) |

## APPLICATION FOR ORDER SHORTENING TIME

BPT 50S Funding LLC ("BPT"), by and through its undersigned counsel, requests that the time period to notice a hearing on the *Motion of BPT 50S Funding LLC for Entry of an Order (I) Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(3) and (II) Granting Related Relief* (the "Motion"),[1] as required by Fed. R. Bankr. P. 2002 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), and respectfully submits:

1. A shortened time hearing is requested because: Through the Motion, BPT seeks the entry of an order granting stay relief. Shortened time is necessary because the Debtor's ongoing noncompliance with the Court's Receivership Order threatens the value and condition of the

[1] Capitalized terms used but not defined herein shall have the meaning afforded to them in the Motion.

Property that secures the amounts owed to BPT, and prompt judicial intervention is necessary to prevent additional harm to the Property and forestall both immediate and continuing prejudice to BPT. BPT requests that the Court schedule the Motion for a hearing on the same date as the pending *Receiver's Motion for (I) Secondary Appointments for the Receiver; (II) Enforcement of the Receivership Order and Compelling Performance by Debtor Under the Receivership Order; and (III) Granting Related Relief* [Docket No. 76], as both motions arise from substantially overlapping facts and concern many of the same issues relating to the Debtor's noncompliance and the preservation of the Property. BPT respectfully submits that hearing the motions together will avoid unnecessary duplication of Court resources, promote efficiency, and maximize judicial economy.

2. State the hearing dates requested: BPT respectfully requests that the Court hear the Motion at the hearing presently scheduled for **October 8, 2026, at 11:30 a.m. (ET)**, or such other time as the Court may direct.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

**WHEREFORE,** the BPT respectfully requests entry of the proposed order shortening time, in substantially the form submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances

[*Remainder of page intentionally left blank*]

Dated: October 2, 2026

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota