UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
50 Sussex Redevelopment Urban Renewal LLC

Case No.: 26-17635

Chapter: 11

Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: October 5, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of Michael D. Sirota for a reduction of time for a hearing on Motion for Relief from Stay re: 50-54 Sussex Avenue, Newark, New Jersey. ____________ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on October 8, 2026 at 11:30 a.m. in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. 8.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: US Trustee and any and all interested parties.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ____________

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to ____________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _________ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. Court appearances are required to prosecute said motion/application and any objections.

   ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ✕ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

   ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*